IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-NORTHERN DIVISION-

JOHN NORMAN HUFFINGTON,        *

     Plaintiff                     *

v.                                  *      Case No. 1:25-cv-02313

DAVID SANEMAN, *et al.,*       *

     Defendants              *

*     *     *     *     *     *     *     *     *     *     *     *     *

## ENTRY OF APPERANCE

Please enter the appearance of Tyler J. Nowicki, Esq., and Nowicki & Associates, P.A., as counsel for Defendant Bernadette M. Picha, as Personal Representative of the Estate of Wesley J. Picha, in the above-captioned matter.

Respectfully Submitted,

/s/ Tyler J. Nowicki

Tyler J. Nowicki, Esq.
(Federal Bar No. 29581)
Nowicki & Associates, P.A.
727 North Hickory Avenue
Bel Air, Maryland 21014
P: 410-879-0026
F: 410-893-8199
Tnowicki@nowickifirm.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-NORTHERN DIVISION-

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON, | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:25-cv-02313 |
| DAVID SANEMAN, *et. al.,* | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2025, I electronically filed the

foregoing document and that they are available for viewing and downloading from the Court's

CM/ECF system, and that all participants in the case are registered CM/ECF users and that the

CM/ECF system will accomplish service.

/s/ *Tyler J. Nowicki*