IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-NORTHERN DIVISION-

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON, | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:25-cv-02313-BAH |
| DAVID SANEMAN, *et. al,* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ESTATE OF WESLEY J. PICHA MOTION TO DISMISS

Defendant, the Estate of Wesley J. Picha, ("Picha"), through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), files this Motion to Dismiss Amended Complaint filed by Plaintiff, John Huffington ("Huffington") and in support thereof states the following:

1. Defendant Picha incorporates as if fully stated herein the Motion to Dismiss Amended Complaint filed by each Co-Defendant as applicable under the allegations as set forth against Defendant Picha.

2. All counts fail to state a claim for which relief can be granted against Picha;

3. All counts of the Complaint against Picha are barred by the statute of limitations;

4. All counts of the Complaint against Picha are barred by qualified immunity;

5. All counts are barred by the doctrines of judicial and collateral estoppel;

6. Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendant Picha respectfully moves to dismiss the Amended Complaint for failure to state a claim upon which relief can be granted.

1

7. The accompanying Memorandum in Support of Motion to Dismiss Amended Complaint is incorporated herein by reference as if fully set forth below.

WHEREFORE, Defendant Pucha, respectfully requests that the Court to dismiss the above-captioned matter with prejudice and without leave to amend, thereby granting judgment in favor of Defendant Picha, with costs to be paid by Plaintiff, and for such other and further relief as the Court deems necessary or appropriate.

    Respectfully Submitted,

    */s/ Tyler J. Nowicki*

    Tyler J. Nowicki, Esq.
    (Federal Bar No. 29581)
    Nowicki & Associates, P.A.
    727 North Hickory Avenue
    Bel Air, Maryland 21014
    P: 410-879-0026
    F: 410-893-8199
    Tnowicki@nowickifirm.com
    *Attorneys for Defendant Picha*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2025, a copy of the foregoing was electronically filed and is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service, with notice to:

Hannah M Ernstberger, Esq.
Saller, Ernstberger, & McElroy
10 South Street
Ste Floor 6
Baltimore, MD 21202
P: 410-783-7945
hernstberger@sallerlaw.com

Brian Howard Eldridge, Esq.
Jay R Kasperbauer, Esq.
John Shannon Marrese, Esq.
Hart McLaughlin & Eldridge
1 S. Dearborn
Ste 1400
Chicago, IL 60603
P: 312-955-0545
F: 312-971-9243
beldridge@hmelegal.com
jkasperbauer@hmelegal.com
jmarrese@hmelegal.com
*Counsel for Plaintiffs*

Jefferson L. Blomquist, Esq.
Joseph G. Comeau, Esq.
J. Ethan Clasing, Esq.
Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
P: 410-638-3205
F: 410-879-7651
jlblomquist@harfordcountymd.gov
jgcomeau@harfordcountymd.gov
jeclasing@harfordcountymd.gov
*Counsel for Defendant,*
*Harford County, Maryland*

Jeffrey Gerard Comen, Esq.
4 Dalebrook Drive
Phoenix, Maryland 21131
P: 443-564-1902
jgc2646@verizon.net
*Counsel for Jeffrey Gerard Comen*
*as Personal Representative of the Estate of*
*Gerard Comen*

Diana Cassilly
402 Old Joppa Road
Fallston, Maryland 21047
*Defendant, As Personal Representative*
*of the Estate of Joseph Cassily*

James William Van Horn
807 Wiesser Court
Joppa, Maryland 21085
*Defendant, As Personal Representative*
*of the Estate of William Van Horn*

Kevin Karpinski, Esq.
Bently C. Green, Jr., Esq.
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202
P: 410-727-5000
kevin@bkcklaw.com
bgreen@bkcklaw.com
*Counsel for Defendant,*
*David Saneman*

/s/ *Tyler J. Nowicki*
Tyler J. Nowicki, Esq.
*Attorneys for Defendant Picha*