IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-NORTHERN DIVISION-

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON, | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:25-cv-02313-BAH |
| DAVID SANEMAN, *et. al,* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of the Motion to Dismiss and accompanying Memorandum filed by the Estate of Wesley J. Picha, Defendant, and any response filed thereto, it is this ___ day of _____, 202__,

ORDERED that the Motion to Dismiss be and hereby is GRANTED.

_____
HON BRENDAN ABELL HURSON, JUDGE