IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| JOHN NORMAN HUFFINGTON, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No.: 1:25−cv−02313−BAH |
| DAVID SANEMAN, *ET. AL*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ESTATE OF GERARD COMEN'S AMENDED MOTION TO DISMISS**

The Estate of Gerard Comen (Comen), a defendant in the above captioned matter, pursuant to Rule 15 of the Federal Rules of Civil Procedure, files this amended motion to dismiss all counts of the Complaint filed against it.

1. Each and every previous ground for dismissal set forth in any earlier filed Motion to Dismiss and/or accompanying Supporting Memorandum filed by Defendant Comen is incorporated by reference as if fully contained herein;

2. Defendant Comen incorporates, as if fully stated herein, each and every ground for dismissal set forth in every Motion to Dismiss and accompanying Supporting Memorandum filed by each co-defendant as applicable under the allegations as set forth against Defendant Comen;

3. Huffington's claims are barred by principles of collateral estoppel, judicial estoppel, and *res judicata* arising from Huffington's prior convictions, post-conviction rulings, and Alford plea to the murders;

4. The previously submitted proposed Order is incorporated by reference.

5. The Complaint should be dismissed as to Comen.

Respectfully Submitted,

ESTATE OF GERARD COMEN

_____/s/_____
BY JEFFREY GERARD COMEN, as Personal Representative (Bar No. 08996)
4 Dalebrook Drive
Phoenix, Maryland 21131
443-564-1902 (cell)
jgc2646@verizon.net

Dated: November 4, 2025        For Defendant Comen

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2025, the foregoing document was served on all parties or their counsel of record either through the CM/ECF system or, in the case of Defendant Diana Cassilly, Personal Representative, by regular mail at P.O. Box 195, Bel Air, Maryland, 21014.

_____/s/_____
Jeffrey G. Comen