UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>　　Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

### *CONSENT* PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT SANEMAN'S MOTIONS TO DISMISS AND DEFENDANT HARFORD COUNTY'S MOTION TO DISMISS

　　Plaintiff John Huffington, by and through his counsel, respectfully requests that the Court extend the time for Plaintiff to respond to both the motion to dismiss filed by Defendant Harford County (Doc. 33) and the motion to dismiss filed by Defendant David Saneman (Doc. 34) for 28 days, until December 5, 2025. Plaintiff's counsel corresponded with counsel for both Defendants between November 3-4, 2025. Both Defendants consent to the relief sought here. Plaintiff states the following in support:

　　1.　　Plaintiff filed his Complaint on July 16, 2025 (Doc. 1), and then his First Amended Complaint on September 9, 2025, which was limited to updating certain estate defendants to identify their personal representatives (Doc. 14).

　　2.　　Defendants Harford County and David Saneman filed their respective Motions to Dismiss Plaintiff's First Amended Complaint on October 24, 2025. (Doc. 33-34.)

3.  Pursuant to L.R. 105(2)(a), Plaintiff's responses to both motions are due within 14 days, by November 7, 2025.

4.  Pursuant to L.R. 105(9), on November 3-4, 2025, Plaintiff's counsel (John Marrese) conferred with counsel for Defendant Harford County (Jefferson Blomquist) and counsel for Defendant David Saneman (Kevin Karpinski) to request a 28-day extension of time, up to and including December 5, 2025, for Plaintiff to respond to both motions. Counsel for Defendants Harford County and David Saneman responded that they consent to Plaintiff's requested extension.

5.  No party will be prejudiced if the requested relief is granted.

6.  This request for relief is not posed for any vexatious or contumacious purpose.

7.  Counsel for Defendants Harford County and David Saneman have reviewed this instant motion prior to Plaintiff's filing and have no objection.

WHEREFORE, Plaintiff John Huffington, respectfully requests that the Court extend his time to respond to the motions to dismiss filed by Defendant Harford County (Doc. 33) and David Saneman (Doc. 34), up to and including December 5, 2025.

Respectfully submitted,

Date:  November 4, 2025　　　　　　　　　JOHN HUFFINGTON

　　　　　　　　　　　　　　　　　　　　/s/   *John Marrese*
　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Hannah Ernstberger
SALLER ERNSTBERGER & MCELROY
10 South Street, #600
Baltimore, MD 21202
(410) 783-7945
hernstberger@sallerlaw.com

Brian Eldridge*
John Marrese*
Jay Kasperbauer*

Hart McLaughlin & Eldridge, LLC
One South Dearborn, Suite 1400
Chicago, IL 60603
(312) 955-0545
beldridge@hmelegal.com
jmarrese@hmelegal.com
jkasperbauer@hmelegal.com

*Admitted pro hac vice