**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 1:25-cv-02313-BAH |
| | * | |
| DAVID SANEMAN, ET. AL., | | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of the motion to dismiss the official claims against the State's Attorney for Harford County, and any response thereto,

IT IS HEREBY ORDERED THIS _____ day of _____, 202\_\_\_\_;

The motion to dismiss is GRANTED. The official claims against the State's Attorney for Harford County are DISMISSED WITH PREJUDICE.

_____
Brendan A. Hurson, Judge