**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

JOHN NORMAN HUFFINGTON

    Plaintiff,

v.                                                                          Case No. 1:25-cv-02313

DAVID SANEMAN, et al.                                      Hon. Brendan Abell Hurson

    Defendants.

## ORDER

Having considered Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss filed by the State's Attorney for Harford County on behalf of Defendant Estate of Joseph Cassilly (Doc. 42), on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Plaintiff's Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall have up to and including **December 5, 2025**, to file his response to Defendant Cassilly's Motion to Dismiss.

_____
Honorable Brendan A. Hurson,
United States District Judge