**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| JOHN NORMAN HUFFINGTON | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-02313 |
| DAVID SANEMAN, et al. | Hon. Brendan Abell Hurson |
| Defendants. | |

**ORDER**

Having considered Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss filed by the State's Attorney for Harford County on behalf of Defendant Estate of Joseph Cassilly (Doc. 42), on this __6th__ day of __November__, 2025, it is hereby:

**ORDERED**, that Plaintiff's Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall have up to and including **December 5, 2025**, to file his response to Defendant Cassilly's Motion to Dismiss.

_____/s/_____
Honorable Brendan A. Hurson,
United States District Judge
