IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                        |   |              |
|------------------------|---|--------------|
| _____     | * |              |
| **Plaintiff,**         |   |              |
|                        | * |              |
| v.                     |   | Case No. ____|
|                        | * |              |
| _____     |   |              |
| **Defendant.**         | * |              |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

_____          ___*Shelley L. Johnson*_____
Date                                                                  Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number