UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>  Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>  Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

## ORDER

Having considered Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss and Amended Motion to Dismiss filed by Defendant Estate of Gerard Comen, on this __7th__ day of __November__, 2025, it is hereby:

**ORDERED**, that Plaintiff's Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall have up to and including **December 5, 2025**, to file his response to Defendant Comen's Motion to Dismiss (ECF 28) and the additional grounds raised in the Amended Motion to Dismiss (ECF 38).

/s/
Honorable Brendan A. Hurson,
United States District Judge