UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>    Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

## ORDER

Having considered Plaintiff's Response in Opposition (Doc. 58) to the Motion to Dismiss filed by Defendant Jeffrey Gerard Comen, as Personal Representative of the Estate of Gerard Comen, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Defendant's Motion (Doc. 28) is **DENIED**.

 _____
 Honorable Brendan A. Hurson,
 United States District Judge