**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| JOHN NORMAN HUFFINGTON | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-02313 |
| DAVID SANEMAN, et al. | Hon. Brendan Abell Hurson |
| Defendants. | |

## <u>ORDER</u>

Having considered Plaintiff's Response in Opposition (Doc. 60) to the Motion to Dismiss filed by Defendant David Saneman, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Defendant's Motion (Doc. 34) is **DENIED**.

_____
Honorable Brendan A. Hurson,
United States District Judge