UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>    Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

**ORDER**

Having considered Plaintiff's Response in Opposition (Doc. 62) to the Motion to Dismiss filed by Defendant Wesley Picha, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Defendant's Motion (Doc. 37) is **DENIED**.

_____
Honorable Brendan A. Hurson,
United States District Judge