UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JOHN NORMAN HUFFINGTON

    Plaintiff,

v.

DAVID SANEMAN, et al.

    Defendants.

Case No. 1:25-cv-02313

Hon. Brendan Abell Hurson

## ORDER

Having considered Plaintiff's Response in Opposition (Doc. 63) to the Motion to Dismiss filed by Defendant Harford County State's Attorney, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Defendant's Motion (Doc. 42) is **DENIED**.

_____
Honorable Brendan A. Hurson,
United States District Judge