## **CERTIFICATE OF SERVICE**

      I hereby certify on this 22nd day of December 2025, a copy of the foregoing was electronically filed via the Court's CM/ECF system, with notice to all represented and unrepresented parties:

Diana Cassilly
402 Old Joppa Road
Fallston, Maryland 21047
Defendant, as Personal Representative of the Estate of Joseph Cassilly
Dianacassilly2@gmail.com

Kevin B. Karpinski
120 E. Baltimore Street, Suite 1850
Baltimore, Maryland 21202
kevin@bkcklaw.com

Jefferson L. Blomquist
Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
jlblomquist@harfordcountymd.gov

Wendy Shiff
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
wshiff@oag.state.md.us

Tyler J. Nowicki
727 North Hickory Ave.
Bel Air, Maryland 21014
tnowicki@nowickifirm.com

Jeffrey Gerrard Comen
5 Dalebrook Drive
Phoenix, Maryland 21131
Jgc2646@verizon.net

James William Van Horn
807 Wiesser Court
Joppa, Maryland 21085

Date:  December 22, 2025　　　　　　　　　　　　　　　JOHN HUFFINGTON

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／　　*Jay Kasperbauer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys