UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>     Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>     Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

### ORDER

Having considered Plaintiff's Response in Opposition (Doc. 61) to the Motion to Dismiss filed by Defendant Estate of Joseph Cassilly, in his individual capacity, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that Defendant's Motion (Doc. 35) is **DENIED**.

_____
Honorable Brendan A. Hurson,
United States District Judge