IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:25-cv-02313-BAH |
| DAVID SANEMAN, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY MEMORANDA**

David Saneman and Harford County, Maryland, two of the Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully request that this Honorable Court extend the time within which **all Defendants** must file reply memoranda in support of their pending motions to dismiss, and state as follows:

1. Plaintiff filed the Complaint in this matter on or about July 16, 2025. An Amended Complaint was filed on September 9, 2025.

2. On October 24, 2025, Defendants Saneman and Harford County filed their respective Motions to Dismiss the Amended Complaint.

3. On November 4, 2025, Plaintiff filed a consent motion extending the deadline to respond to those motions until December 5, 2025.

4. On December 1, 2025, Plaintiff filed a consolidated consent motion requesting additional time to respond to all pending motions to dismiss. The Court granted that request, and Plaintiff's oppositions to each motion to dismiss were due on December 19, 2025, and were filed on that date.

5. Pursuant to the current schedule, reply memoranda from all Defendants are due **January 2, 2026.**

6. Undersigned counsel for Defendants will be out of the office for the remainder of December for previously scheduled holiday travel, and both counsel return to full calendars at the outset of January given substantial caseloads and multiple trial commitments. For these reasons, additional time is necessary to complete the reply memoranda.

7. On December 22, 2025, undersigned counsel contacted Plaintiff's counsel to request an extension of the reply deadline up to and including **January 30, 2026**.

8. Plaintiff's counsel graciously consented to this extension request on the same day.

9. After circulation of this motion to counsel of record, additional defense counsel requested that any extension granted apply uniformly to all Defendants so that all reply memoranda may be filed on the same schedule. Plaintiff's counsel has agreed to that request.

10. No party will be prejudiced should the requested relief be granted.

11. This request for relief is not posed for vexatious or contumacious purposes.

12. Counsel for David Saneman is authorized to state that counsel for Plaintiff and all Defendants have reviewed this motion prior to filing and consent to its submission.

WHEREFORE, Defendants David Saneman and Harford County, Maryland respectfully request that this Honorable Court extend the deadline for **all Defendants** to file reply memoranda **up to and including January 30, 2026**, and grant any such other relief as the cause may demand.

Respectfully submitted,

| | | | |
|---|---|---|---|
| | Karpinski, Cornbrooks & Karp, P.A. | | Harford County Department of Law |
| By: | /s/ Kevin B. Karpinski<br>Kevin B. Karpinski<br>Federal Bar No. 11849<br>kevin@bkcklaw.com | By: | /s/ *Jefferson L. Blomquist*<br>Jefferson L. Blomquist<br>Federal Bar No. 03770<br>County Attorney<br>jlblomquist@harfordcountymd.gov |
| By: | /s/ Shelley L. Johnson<br>Shelley L. Johnson<br>Federal Bar No. 15853<br>sjohnson@bkcklaw.com | By: | /s/ *Joseph G. Comeau*<br>Joseph G. Comeau<br>Federal Bar No. 20561<br>Litigation Attorney<br>jgcomeau@harfordcountymd.gov |
| By: | /s/ Bently C. Green, Jr.<br>Bently C. Green, Jr.<br>Federal Bar No. 31006<br>120 East Baltimore Street, Suite 1850<br>Baltimore, Maryland 21202<br>410-727-5000<br>bgreen@bkcklaw.com<br>*Counsel for Defendant,*<br>*David Saneman* | By: | /s/ *J. Ethan Clasing*<br>J. Ethan Clasing<br>Federal Bar No. 30293<br>Litigation Attorney<br>jeclasing@harfordcountymd.gov<br><br>Harford County Department of Law<br>220 S. Main Street, 3rd Floor<br>Bel Air, MD 21014<br>410-638-3205 – phone<br>410-879-7651 – facsimile<br>*Counsel for Defendant,*<br>*Harford County, Maryland* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2025, a copy of the foregoing was electronically filed, with notice to:

Hannah M Ernstberger
Saller, Ernstberger, & McElroy
10 South Street, Ste Floor 6
Baltimore, MD 21202
410-783-7945
Email: hernstberger@sallerlaw.com

Brian Howard Eldridge
Jay R Kasperbauer
John Shannon Marrese
Hart McLaughlin & Eldridge
1 S. Dearborn, Ste 1400
Chicago, IL 60603
312-955-0545
Fax: 312-971-9243
Email: beldridge@hmelegal.com
Email: jkasperbauer@hmelegal.com
Email: jmarrese@hmelegal.com
*Counsel for Plaintiffs*

Jefferson L. Blomquist
Joseph G. Comeau
J. Ethan Clasing
Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
410-638-3205 – phone
410-879-7651 – facsimile
jlblomquist@harfordcountymd.gov
jgcomeau@harfordcountymd.gov
jeclasing@harfordcountymd.gov
*Counsel for Defendant,*
*Harford County, Maryland*

James William Van Horn
807 Wiesser Court
Joppa, Maryland 21085
*Defendant, As Personal Representative*
*of the Estate of William Van Horn*

Wendy L Shiff
Office of the Attorney General
200 St. Paul Place 20th Fl
Baltimore, MD 21202
410-576-6996
410-576-6955 (fax)
wshiff@oag.state.md.us
*Counsel for Defendant, State's Attorney*
*for Harford County, Maryland*

Jeffrey Gerard Comen
4 Dalebrook Drive
Phoenix, Maryland 21131
443-564-1902
Email: jgc2646@verizon.net
*Counsel for Jeffrey Gerard Comen*
*as Personal Representative of the Estate of*
*Gerard Comen*

Tyler J Nowicki
Nowicki &Associates, PA
727 N. Hickory Ave.
Bel Air, MD 21014
410-879-0026
410-893-8199 (fax)
tnowicki@nowickifirm.com
*Counsel for Defendant Bernadette M Picha,*
*As Personal Representative of the Estate of*
*Wesley J. Picha*

Diana Cassilly
402 Old Joppa Road
Fallston, Maryland 21047
*Defendant, As Personal Representative*
*of the Estate of Joseph Cassily*

                                              /s/ Kevin Karpinski
                                   *Counsel for Defendant, David Saneman*