**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:25-cv-02313-BAH |
| DAVID SANEMAN, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Having considered the Consent Motion to Extend Time to File Reply Memoranda filed by David Saneman and Harford County, Maryland, two of the Defendants, on this _____ day of _____, 2025, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that **all Defendants** shall have up to and including **January 30, 2026**, to file their respective reply memoranda.

_____
Honorable Brendan A. Hurson,
United States District Judge