IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN NORMAN HUFFINGTON          *

    Plaintiff,                  *

v.                              *      Case No.: 1:25-cv-02313-BAH

DAVID SANEMAN, et al.,          *

    Defendants.                 *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Having considered the Consent Motion to Extend Time to File Reply Memoranda filed by David Saneman and Harford County, Maryland, two of the Defendants, on this __23rd__ day of ____December____, 2025, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that **all Defendants** shall have up to and including **January 30, 2026**, to file their respective reply memoranda.

/s/
_____
Honorable Brendan A. Hurson,
United States District Judge