IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:25-cv-02313-BAH |
| DAVID SANEMAN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY MEMORANDA**

David Saneman and Harford County, Maryland, two of the Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully request that this Honorable Court extend the time within which Defendants must file reply memoranda in support of their pending motions to dismiss up to and including February 6, 2026, and state as follows:

1. Plaintiff filed the Complaint in this matter on or about July 16, 2025. An Amended Complaint was filed on September 9, 2025.

2. On October 24, 2025, Defendants Saneman and Harford County filed their respective Motions to Dismiss the Amended Complaint.

3. On November 4, 2025, Plaintiff filed a consent motion extending the deadline to respond to those motions until December 5, 2025.

4. On December 1, 2025, Plaintiff filed a consolidated consent motion requesting additional time to respond to all pending motions to dismiss. The Court granted that request, and Plaintiff's oppositions to each motion to dismiss were due on December 19, 2025, and were filed on that date.

5.      On December 23, 2025, Defendants previously sought and obtained a consent extension of time to file reply memoranda. Pursuant to that extension, reply memoranda from all Defendants are currently due **January 30, 2026.**

6.      In the days immediately preceding the current deadline, inclement winter weather in the region resulted in office closures and limited staff availability, which delayed completion of the reply memoranda during the final stages of drafting.

7.      For these reasons, Defendants Saneman and Harford County require a brief, additional extension of one week, until **February 6, 2026**, to complete and file their reply memoranda.

8.      On January 29, 2026, undersigned counsel contacted Plaintiff's counsel to request an extension of the reply deadline up to and including February 6, 2026.

9.      Plaintiff's counsel graciously consented to this extension request on the same day.

10.     No party will be prejudiced should the requested relief be granted.

11.     This request for relief is not posed for vexatious or contumacious purposes.

12.     Counsel for David Saneman is authorized to state that counsel for Plaintiff has reviewed this motion prior to filing and consents to its submission.

WHEREFORE, Defendants David Saneman and Harford County, Maryland respectfully request that this Honorable Court extend the deadline for Defendants David Saneman and Harford County to file reply memoranda up to and including **February 6, 2026**, and grant any such other relief as the cause may demand.

Respectfully submitted,

| | |
|---|---|
| Karpinski, Cornbrooks & Karp, P.A. | Harford County Department of Law |

By: /s/ Kevin B. Karpinski
    Kevin B. Karpinski
    Federal Bar No. 11849
    kevin@bkcklaw.com

By: /s/ Shelley L. Johnson
    Shelley L. Johnson
    Federal Bar No. 15853
    sjohnson@bkcklaw.com

By: /s/ Bently C. Green, Jr.
    Bently C. Green, Jr.
    Federal Bar No. 31006
    120 East Baltimore Street, Suite 1850
    Baltimore, Maryland 21202
    410-727-5000
    bgreen@bkcklaw.com
    *Counsel for Defendant,*
    *David Saneman*

By: /s/ *Jefferson L. Blomquist*
    Jefferson L. Blomquist
    Federal Bar No. 03770
    County Attorney
    jlblomquist@harfordcountymd.gov

By: /s/ *Joseph G. Comeau*
    Joseph G. Comeau
    Federal Bar No. 20561
    Litigation Attorney
    jgcomeau@harfordcountymd.gov

By: /s/ *J. Ethan Clasing*
    J. Ethan Clasing
    Federal Bar No. 30293
    Litigation Attorney
    jeclasing@harfordcountymd.gov

Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
410-638-3205 – phone
410-879-7651 – facsimile
*Counsel for Defendant,*
*Harford County, Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2026, a copy of the foregoing was electronically filed, with notice to:

Jefferson L. Blomquist
Joseph G. Comeau
J. Ethan Clasing
Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
410-638-3205 – phone
410-879-7651 – facsimile
jlblomquist@harfordcountymd.gov
jgcomeau@harfordcountymd.gov
jeclasing@harfordcountymd.gov
*Counsel for Defendant,*
*Harford County, Maryland*

Jeffrey Gerard Comen
4 Dalebrook Drive
Phoenix, Maryland 21131
443-564-1902
Email: jgc2646@verizon.net
*Counsel for Jeffrey Gerard Comen*
*as Personal Representative of the Estate of*
*Gerard Comen*

Diana Cassilly
402 Old Joppa Road
Fallston, Maryland 21047
*Defendant, As Personal Representative*
*of the Estate of Joseph Cassily*

Bernadette M Picha
411 Aggies Circle, Unit D
Bel Air, Maryland 21014
*Defendant, As Personal Representative*
*of the Estate of Wesley J. Picha*

James William Van Horn
807 Wiesser Court
Joppa, Maryland 21085
*Defendant, As Personal Representative*
*of the Estate of William Van Horn*

Hannah Ernstberger
Saller Ernstberger & Mcelroy
10 South Street, #600
Baltimore, Md 21202
(410) 783-7945
Hernstberger@Sallerlaw.com

Brian Eldridge*
John Marrese*
Jay Kasperbauer*
Hart Mclaughlin & Eldridge, Llc
One South Dearborn, Suite 1400
Chicago, Il 60603
(312) 955-0545
Beldridge@Hmelegal.com
Jmarrese@Hmelegal.com
Jkasperbauer@Hmelegal.com

Joshua M. Levin**
Benjamin A. Berkman**
Romanucci & Blandin, Llc
321 North Clark Street, Suite 900
Chicago, Illinois 60654
(312) 458-1000
Aromanucci@Rblaw.net

*Admitted pro hac vice
**Seeking pro hac vice admission
*Counsel for Plaintiffs*

    /s/ Kevin Karpinski
*Counsel for Defendant,*
*David Saneman*