IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:25-cv-02313-BAH |
| DAVID SANEMAN ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Having considered the Consent Motion to Extend Time to File Reply Memoranda filed by David Saneman and Harford County, Maryland, two of the Defendants, ECF 72, on this 29th day of January, 2026, it is hereby:

**ORDERED**, that the Motion, ECF 72, is **GRANTED**; and it is further

**ORDERED**, that Defendants David Saneman and Harford County, Maryland shall have up to and including **February 6, 2026**, to file their reply memoranda.

/s/
_____
Honorable Brendan A. Hurson
United States District Judge