**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN NORMAN HUFFINGTON | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:25-cv-02313-BAH |
| DAVID SANEMAN, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**DEFENDANT DAVID SANEMAN'S ANSWER PRESENTING DEFENSES**

David Saneman, one of the Defendants, by and through Karpinski, Cornbrooks & Karp, P.A., Kevin B. Karpinski, Shelley L. Johnson, and Bently C. Green, Jr., his attorneys, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, responds to the Amended Complaint as follows:[1]

**Rule 12(b) Defenses**

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Court lacks subject-matter jurisdiction over some or all of the claims asserted.

**Answer**

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint. To the extent an answer is required, the allegations are denied.

[1] For ease of reference, David Saneman will refer to Plaintiff's Amended Complaint (ECF No. 16) as the "Complaint" throughout this Answer.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint. To the extent an answer is required, the allegations are denied.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint. To the extent an answer is required, the allegations are denied.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint. To the extent an answer is required, the allegations are denied.

7. The allegations contained in paragraph 5 of the Complaint are denied.

8. The allegations contained in paragraph 6 of the Complaint are denied.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint. To the extent an answer is required, the allegations are denied.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint. To the extent an answer is required, the allegations are denied.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint. To the extent an answer is required, the allegations are denied.

12. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint. To the extent an answer is required, the allegations are denied.

13. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint. To the extent an answer is required, the allegations are denied.

14. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint. To the extent an answer is required, the allegations are denied.

15. Paragraph 13 of the Complaint contains statements of the law to which no response is required. To the extent a response is required, the allegations contained in paragraph 13 are denied.

16. Paragraph 14 of the Complaint contains statements of the law to which no response is required. To the extent a response is required, the allegations contained in paragraph 14 are denied.

17. Paragraph 15 of the Complaint contains statements of the law to which no response is required. To the extent a response is required, the allegations contained in paragraph 15 are denied.

18. Paragraph 16 of the Complaint contains statements of the law to which no response is required. To the extent a response is required, the allegations contained in paragraph 16 are denied.

19. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint. To the extent an answer is required, the allegations are denied.

20. Defendant admits that he was formerly employed as a deputy with the Harford County Sheriff's Office and that he resides in Maryland. Defendant denies that his conduct resulted

in Plaintiff's wrongful arrest, conviction, and/or imprisonment, and denies the remaining allegations contained in paragraph 18 of the Complaint.

21. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint. To the extent an answer is required, the allegations are denied.

22. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint. To the extent an answer is required, the allegations are denied.

23. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint. To the extent an answer is required, the allegations are denied.

24. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint. To the extent an answer is required, the allegations are denied.

25. Defendant admits that Harford County is a county within Maryland and that Defendant Saneman was formerly employed by the Harford County Sheriff's Office. Defendant does not admit that this employment continued through "all relevant times" as alleged. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 23 of the Complaint as phrased. To the extent an answer is required, those allegations are denied.

26. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint. To the extent an answer is required, the allegations are denied.

27. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint. To the extent an answer is required, the allegations are denied.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint. To the extent an answer is required, the allegations are denied.

29. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint. To the extent an answer is required, the allegations are denied.

30. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint. To the extent an answer is required, the allegations are denied.

31. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint. To the extent an answer is required, the allegations are denied.

32. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint. To the extent an answer is required, the allegations are denied.

33. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint. To the extent an answer is required, the allegations are denied.

34. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint. To the extent an answer is required, the allegations are denied.

35. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint. To the extent an answer is required, the allegations are denied.

36. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint. To the extent an answer is required, the allegations are denied.

37. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint. To the extent an answer is required, the allegations are denied.

38. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint. To the extent an answer is required, the allegations are denied.

39. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint. To the extent an answer is required, the allegations are denied.

40. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint. To the extent an answer is required, the allegations are denied.

41. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint. To the extent an answer is required, the allegations are denied.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint. To the extent an answer is required, the allegations are denied.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint. To the extent an answer is required, the allegations are denied.

44. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint. To the extent an answer is required, the allegations are denied.

45. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint. To the extent an answer is required, the allegations are denied.

46. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint. To the extent an answer is required, the allegations are denied.

47. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint. To the extent an answer is required, the allegations are denied.

48. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint. To the extent an answer is required, the allegations are denied.

49. Defendant denies, as phrased, that it was known to Defendants that Diane Becker was working as an informant for Trooper Gary Aschenbach. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 47 of the Complaint. To the extent an answer is required, those allegations are denied.

50. The allegations contained in paragraph 48 of the Complaint are denied.

51. The allegations contained in paragraph 49 of the Complaint are denied.

52. The allegations contained in paragraph 50 of the Complaint are denied as phrased.

53. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint. To the extent an answer is required, the allegations are denied.

54. The allegations contained in paragraph 52 of the Complaint are denied as phrased.

55. Defendant denies, as phrased, that investigators improperly delayed questioning Deno Kanaras or permitted him to tamper with evidence. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 53 of the Complaint. To the extent an answer is required, those allegations are denied.

56. The allegations contained in paragraph 54 of the Complaint are denied as phrased.

57. The allegations contained in paragraph 55 of the Complaint are denied as phrased.

58. The allegations contained in paragraph 56 of the Complaint are denied as phrased.

59. The allegations contained in paragraph 57 of the Complaint are denied as phrased.

60. The allegations contained in paragraph 58 of the Complaint are denied as phrased.

61. The allegations contained in paragraph 59 of the Complaint are denied as phrased.

62. The allegations contained in paragraph 60 of the Complaint are denied as phrased.

63. Defendant admits that he participated in an interview of Plaintiff at the Sheriff's Office on or about May 26, 1981. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 61 of the Complaint. To the extent an answer is required, those allegations are denied.

64. The allegations contained in paragraph 62 of the Complaint are denied as phrased.

65. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint. To the extent an answer is required, the allegations are denied.

66. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint. To the extent an answer is required, the allegations are denied.

67. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint. To the extent an answer is required, the allegations are denied.

68. The allegations contained in paragraph 66 of the Complaint are denied.

69. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint. To the extent an answer is required, the allegations are denied.

70. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint. To the extent an answer is required, the allegations are denied.

71. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint. To the extent an answer is required, the allegations are denied.

72. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint. To the extent an answer is required, the allegations are denied.

73. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint. To the extent an answer is required, the allegations are denied.

74. The allegations contained in paragraph 72 of the Complaint (and its subparagraphs) are denied.

75. The allegations contained in paragraph 73 of the Complaint are denied.

76. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint. To the extent an answer is required, the allegations are denied.

77. The allegations contained in paragraph 75 of the Complaint are denied as phrased.

78. The allegations contained in paragraph 76 of the Complaint are denied as phrased.

79. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint. To the extent an answer is required, the allegations are denied.

80. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint. To the extent an answer is required, the allegations are denied.

81. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint. To the extent an answer is required, the allegations are denied.

82. The allegations contained in paragraph 80 of the Complaint are denied as phrased.

83. The allegations contained in paragraph 81 of the Complaint are denied as phrased.

84. The allegations contained in paragraph 82 of the Complaint are denied as phrased.

85. The allegations contained in paragraph 83 of the Complaint are denied as phrased.

86. The allegations contained in paragraph 84 of the Complaint are denied as phrased.

87. The allegations contained in paragraph 85 of the Complaint are denied as phrased.

88. Defendant admits that Deno Kanaras was charged with the murders of Joseph Hudson, Jr., and Diane Becker. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 86 of the Complaint. To the extent an answer is required, those allegations are denied.

89. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint. To the extent an answer is required, the allegations are denied.

90. The allegations contained in paragraph 88 of the Complaint are denied as phrased.

91. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint. To the extent an answer is required, the allegations are denied.

92. The allegations contained in paragraph 90 of the Complaint (and its subparagraphs) are denied.

93. The allegations contained in paragraph 91 of the Complaint are denied.

94. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint. To the extent an answer is required, the allegations are denied.

95. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint. To the extent an answer is required, the allegations are denied.

96. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint. To the extent an answer is required, the allegations are denied.

97. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint. To the extent an answer is required, the allegations are denied.

98. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint. To the extent an answer is required, the allegations are denied.

99. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint. To the extent an answer is required, the allegations are denied.

100. The allegations contained in paragraph 98 of the Complaint are denied as phrased.

101. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint. To the extent an answer is required, the allegations are denied.

102. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint. To the extent an answer is required, the allegations are denied.

103. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint. To the extent an answer is required, the allegations are denied.

104. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint. To the extent an answer is required, the allegations are denied.

105. Defendant admits that he and Defendant Van Horn spoke with Stephen Rassa at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 103 of the Complaint as phrased.

106. Defendant admits that he and Defendant Van Horn spoke with Stephen Rassa at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 104 of the Complaint as phrased.

107. Defendant admits that he and Defendant Van Horn spoke with Alvaro Paul Vela at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 105 of the Complaint as phrased.

108. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint. To the extent an answer is required, the allegations are denied.

109. The allegations contained in paragraph 107 of the Complaint are denied as phrased.

110. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint. To the extent an answer is required, the allegations are denied.

111. Defendant admits that he and Defendant Van Horn spoke with Stephen Rassa at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 109 of the Complaint as phrased.

112. Defendant admits that he and Defendant Comen interviewed Tina Weidner at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 110 of the Complaint as phrased.

113. Defendant admits that he and Defendant Van Horn spoke with Tom Wagner at some point during the investigation. Defendant denies the remaining allegations contained in paragraph 111 of the Complaint as phrased.

114. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint. To the extent an answer is required, the allegations are denied.

115. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint. To the extent an answer is required, the allegations are denied.

116. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint. To the extent an answer is required, the allegations are denied.

117. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint. To the extent an answer is required, the allegations are denied.

118. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint. To the extent an answer is required, the allegations are denied.

119. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint. To the extent an answer is required, the allegations are denied.

120. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint. To the extent an answer is required, the allegations are denied.

121. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint. To the extent an answer is required, the allegations are denied.

122. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint. To the extent an answer is required, the allegations are denied.

123. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint. To the extent an answer is required, the allegations are denied.

124. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint. To the extent an answer is required, the allegations are denied.

125. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint. To the extent an answer is required, the allegations are denied.

126. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint. To the extent an answer is required, the allegations are denied.

127. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint. To the extent an answer is required, the allegations are denied.

128. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint. To the extent an answer is required, the allegations are denied.

129. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint. To the extent an answer is required, the allegations are denied.

130. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint. To the extent an answer is required, the allegations are denied.

131. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint. To the extent an answer is required, the allegations are denied.

132. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint. To the extent an answer is required, the allegations are denied.

133. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint. To the extent an answer is required, the allegations are denied.

134. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint. To the extent an answer is required, the allegations are denied.

135. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint. To the extent an answer is required, the allegations are denied.

136. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint. To the extent an answer is required, the allegations are denied.

137. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint. To the extent an answer is required, the allegations are denied.

138. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint. To the extent an answer is required, the allegations are denied.

139. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint. To the extent an answer is required, the allegations are denied.

140. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint. To the extent an answer is required, the allegations are denied.

141. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint. To the extent an answer is required, the allegations are denied.

142. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint. To the extent an answer is required, the allegations are denied.

143. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint. To the extent an answer is required, the allegations are denied.

144. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint. To the extent an answer is required, the allegations are denied.

145. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint. To the extent an answer is required, the allegations are denied.

146. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint. To the extent an answer is required, the allegations are denied.

147. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint. To the extent an answer is required, the allegations are denied.

148. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 146 of the Complaint. To the extent an answer is required, the allegations are denied.

149. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 147 of the Complaint. To the extent an answer is required, the allegations are denied.

150. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint. To the extent an answer is required, the allegations are denied.

151. The allegations contained in paragraph 149 of the Complaint (and its subparagraphs) are denied.

152. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint. To the extent an answer is required, the allegations are denied.

153. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint. To the extent an answer is required, the allegations are denied.

154. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint. To the extent an answer is required, the allegations are denied.

155. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint (and its subparagraphs). To the extent an answer is required, the allegations are denied.

156. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint. To the extent an answer is required, the allegations are denied.

157. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 155 of the Complaint. To the extent an answer is required, the allegations are denied.

158. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint. To the extent an answer is required, the allegations are denied.

159. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint. To the extent an answer is required, the allegations are denied.

160. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint. To the extent an answer is required, the allegations are denied.

161. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 159 of the Complaint. To the extent an answer is required, the allegations are denied.

162. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 160 of the Complaint. To the extent an answer is required, the allegations are denied.

163. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 161 of the Complaint. To the extent an answer is required, the allegations are denied.

164. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint. To the extent an answer is required, the allegations are denied.

165. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint. To the extent an answer is required, the allegations are denied.

166. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint. To the extent an answer is required, the allegations are denied.

167. In response to paragraph 165 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 166 of this Answer as if fully set forth herein.

168. The allegations contained in paragraph 166 of the Complaint are denied.

169. The allegations contained in paragraph 167 of the Complaint are denied.

170. The allegations contained in paragraph 168 of the Complaint are denied.

171. The allegations contained in paragraph 169 of the Complaint are denied as phrased.

172. The allegations contained in paragraph 170 of the Complaint are denied as phrased.

173. The allegations contained in paragraph 171 of the Complaint are denied.

174. The allegations contained in paragraph 172 of the Complaint are denied.

175. In response to paragraph 173 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 174 of this Answer as if fully set forth herein.

176. The allegations contained in paragraph 174 of the Complaint are denied.

177. The allegations contained in paragraph 175 of the Complaint are denied.

178. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint. To the extent an answer is required, the allegations are denied.

179. The allegations contained in paragraph 177 of the Complaint are denied.

180. The allegations contained in paragraph 178 of the Complaint are denied.

181. The allegations contained in paragraph 179 of the Complaint are denied.

182. The allegations contained in paragraph 180 of the Complaint are denied.

183. The allegations contained in paragraph 181 of the Complaint are denied.

184. The allegations contained in paragraph 182 of the Complaint are denied.

185. No response is required to the allegations contained in paragraphs 183 through 191 of the Complaint, as this count has been dismissed by the Court in full, including as to this

Defendant. To the extent a response is required, the allegations contained in paragraphs 183 through 191 are denied.

186. No response is required to the allegations contained in paragraphs 192 through 198 of the Complaint, as this count is not asserted against this Defendant and has, in any event, been dismissed by the Court in full. To the extent a response is required, the allegations contained in paragraphs 192 through 198 are denied.

187. No response is required to the allegations contained in paragraphs 199 through 205 of the Complaint, as this count is not asserted against this Defendant and has, in any event, been dismissed by the Court in full. To the extent a response is required, the allegations contained in paragraphs 199 through 205 are denied.

188. In response to paragraph 206 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 187 of this Answer as if fully set forth herein.

189. The allegations contained in paragraph 207 of the Complaint are denied.

190. The allegations contained in paragraph 208 of the Complaint are denied.

191. The allegations contained in paragraph 209 of the Complaint are denied.

192. The allegations contained in paragraph 210 of the Complaint are denied.

193. No response is required to the allegations contained in paragraphs 211 through 215 of the Complaint, as this count has been dismissed by the Court in full, including as to this Defendant. To the extent a response is required, the allegations contained in paragraphs 211 through 215 are denied.

194. No response is required to the allegations contained in paragraphs 216 through 220 of the Complaint, as this count has been dismissed by the Court in full, including as to this

Defendant. To the extent a response is required, the allegations contained in paragraphs 216 through 220 are denied.

195. In response to paragraph 221 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 194 of this Answer as if fully set forth herein.

196. The allegations contained in paragraph 222 of the Complaint are denied.

197. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 223 of the Complaint. To the extent an answer is required, the allegations are denied.

198. The allegations contained in paragraph 224 of the Complaint are denied.

199. The allegations contained in paragraph 225 of the Complaint are denied.

200. The allegations contained in paragraph 226 of the Complaint are denied.

201. No response is required to the allegations contained in paragraphs 227 through 231 of the Complaint, as this count has been dismissed by the Court in full, including as to this Defendant. To the extent a response is required, the allegations contained in paragraphs 227 through 231 are denied.

202. No response is required to the allegations contained in paragraphs 232 through 234 of the Complaint, as this count is not asserted against this Defendant and has, in any event, been dismissed by the Court in full. To the extent a response is required, the allegations contained in paragraphs 232 through 234 are denied.

203. Any allegation in the Complaint not otherwise specifically admitted or responded to herein is denied.

**Affirmative Defenses**

204. Defendant is entitled to immunity.

205. Defendant is entitled to qualified immunity.

206. Defendant acted in good faith.

207. Defendant's alleged actions and/or omissions were objectively reasonable and legally justified under the circumstances.

208. Defendant did not act unlawfully or otherwise violate any of Plaintiff's constitutional or civil rights.

209. Defendant denies the causal relationship of Plaintiff's alleged injuries or damages to any conduct of Defendant.

210. Plaintiff's alleged injuries and/or damages, if any, were caused by the intervening and/or superseding acts of persons or parties other than Defendant, including but not limited to the independent decisions of prosecutors, grand juries, and courts.

211. Plaintiff did not sustain the damages alleged, or any damages sustained were not proximately caused by any act or omission of Defendant.

212. Plaintiff's claims, in whole or in part, are barred by the applicable statute of limitations.

213. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

214. Plaintiff's claims are barred, in whole or in part, by the doctrines of judicial and/or collateral estoppel.

215. Plaintiff's claims are barred, in whole or in part, by the doctrine of privilege.

216. Some or all of Plaintiff's claims for relief are barred by a lack of standing.

217. Plaintiff's Maryland common law claim is subject to any applicable damages limitations under Maryland law.

218. Defendant is not liable as alleged.

219. Defendant reserves the right to assert additional affirmative defenses as discovery and the development of the record may warrant.

**Demand for Jury Trial**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant David Saneman demands a trial by jury.

Respectfully submitted,

Karpinski, Cornbrooks & Karp, P.A.

By: /s/ Kevin B. Karpinski
Kevin B. Karpinski
Federal Bar No. 11849
kevin@bkcklaw.com

By: /s/ Bently C. Green, Jr.
Bently C. Green, Jr.
Federal Bar No. 31006
BGreen@bkcklaw.com

By: /s/ Shelley L. Johnson
Shelley L. Johnson
Federal Bar No. 15853
SJohnson@bkcklaw.com
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202
410-727-5000
*Counsel for Defendant,*
*David Saneman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July 2026, a copy of the foregoing was electronically filed, with notice to:

Jefferson L. Blomquist
Joseph G. Comeau
J. Ethan Clasing
Harford County Department of Law
220 S. Main Street, 3rd Floor
Bel Air, MD 21014
410-638-3205 – phone
410-879-7651 – facsimile
jlblomquist@harfordcountymd.gov
jgcomeau@harfordcountymd.gov
jeclasing@harfordcountymd.gov
*Counsel for Defendant,*
*Harford County, Maryland*

Jeffrey Gerard Comen
4 Dalebrook Drive
Phoenix, MD 21131
443-564-1902
jgc2646@verizon.net
*Counsel for Jeffrey Gerard Comen*
*as Personal Representative of the Estate of*
*Gerard Comen*

Diana Cassilly
402 Old Joppa Road
Fallston, Maryland 21047
*Defendant, As Personal Representative*
*of the Estate of Joseph Cassilly*

Tyler J Nowicki
Nowicki &Associates, PA
727 N. Hickory Ave.
Bel Air, MD 21014
410-879-0026
410-893-8199 (fax)
tnowicki@nowickifirm.com
*Counsel for Defendant, Bernadette*
*M. Picha As Personal Representative*
*of the Estate of Wesley J. Picha*

James William Van Horn
807 Wiesser Court
Joppa, Maryland 21085
*Defendant, As Personal Representative*
*of the Estate of William Van Horn*

Hannah Ernstberger
Saller Ernstberger & McElroy
10 South Street, #600
Baltimore, Md 21202
(410) 783-7945
Hernstberger@Sallerlaw.com
*Counsel for Plaintiff*

Brian Eldridge*
John Marrese*
Jay Kasperbauer*
Hart Mclaughlin & Eldridge, LLC
One South Dearborn, Suite 1400
Chicago, Il 60603
(312) 955-0545
Beldridge@Hmelegal.com
Jmarrese@Hmelegal.com
Jkasperbauer@Hmelegal.com
*Counsel for Plaintiff*

Joshua M. Levin*
Benjamin A. Berkman*
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
(312) 458-1000
bberkman@rblaw.net
jlevin@rblaw.net
Aromanucci@Rblaw.net
*Counsel for Plaintiff*
*Admitted pro hac vice

/s/ Bently C. Green, Jr.
*Counsel for Defendant,*
*David Saneman*