**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN NORMAN HUFFINGTON<br><br>Plaintiff,<br><br>v.<br><br>DAVID SANEMAN, et al.<br><br>Defendants. | Case No. 1:25-cv-02313<br><br>Hon. Brendan Abell Hurson |

**ORDER**

Having considered the Parties' Jointly Proposed Discovery Schedule, it is this 14th day of September, 2026 , by the United States District Court for the District of Maryland, it is hereby:

**ORDERED**, that the following schedule is set:

| EVENT | DEADLINE |
|---|---|
| Initial Disclosures | 9/25/2026 |
| Plaintiff's Expert Disclosures | 8/25/2027 |
| Defendants' Expert Disclosures | 10/26/2027 |
| Expert Depositions/All Discovery Closure / Status Report Deadline | 12/17/2027 |
| Dispositive and Daubert Motions | 1/27/2028 |

/s/

Honorable Brendan A. Hurson,
United States District Judge